GUSTAVE E. HYATT v. SHAPIRO & COHEN, INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ. [See *ante*, p. 88.]

■

In the Matter of the Application of NATHAN WILLNER for Admission to the Bar.— Motion denied. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.